THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tiffany Goodwin and Shawn Denise Barnes,       
Appellants.
 
 
 

Appeal From Berkeley County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No.
2003-UP-240 
Submitted January 29, 2003  Filed April 1, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellants. 
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, of Columbia;  and Solicitor Ralph E. Hoisington, 
 of Charleston; for Respondent.
 
 
 

PER CURIAM: Tiffany Goodwin and Shawn Denise 
 Barnes were convicted for second-degree lynching and sentenced to three years 
 in prison.  Goodwin and Barnes appeal their convictions, arguing the trial judge 
 should have directed a verdict on their behalf because the State did not present 
 evidence that they acted as a mob, an essential element of second-degree lynching.    
 After a thorough review of the record and counsels brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Goodwin and Barness appeal and 
 grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.